**DAVID J. STEELE, CA Bar No. 209797**
david.steele@tuckerellis.com
**HOWARD A. KROLL, CA Bar No. 100981**
howard.kroll@tuckerellis.com
**TUCKER ELLIS LLP**
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:  (213) 430-3400
Facsimile:   (213) 430-3409

Attorneys for Plaintiffs
Coachella Music Festival, LLC and
Goldenvoice, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| COACHELLA MUSIC FESTIVAL, LLC and GOLDENVOICE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>KAMYLE DUNCAN a/k/a KAMIL AL-AHDALI a/k/a HARRIS DUNCAN a/k/a THEBEARCAPSOCIAL a/k/a THEBEARCAPSUNDAY d/b/a HOODCHELLA; CHASITY NICOLE STEWART a/k/a CHASITY LONDYN d/b/a HOODCHELLA; and DOES 1-20,<br><br>Defendants. | Case No. 5:16-cv-00167 TJH (SPx)<br><br>**STIPULATED  ORDER FOR ENTRY OF PERMANENT INJUNCTION AND FINAL JUDGMENT [26]**<br><br>JS-6<br><br>**Hon. Terry J. Hatter, Jr.** |

The parties, having reached a full settlement of this matter, hereby stipulate, subject to the approval of the Court, to the entry of the permanent injunction and final judgment set forth below.

**IT IS HEREBY ORDERED THAT:**

The parties, having reached a full settlement of this matter, hereby stipulate and agree to the entry of a permanent injunction and final judgment as follows:

1. Defendants Defendants Kamyle Duncan a/k/a Kamil Al-Ahdali a/k/a Harris Duncan a/k/a thebearcapsocial a/k/a thebearcapsunday d/b/a HOODCHELLA; Chasity Nicole Stewart a/k/a Chasity Londyn d/b/a HOODCHELLA, (collectively, "Defendants"), and their officers, agents, servants, employees and attorneys, and all other persons acting in concert with or participation with Defendants who receive notice of the Court's Order are permanently enjoined from using in commerce any of Coachella Music Festival, LLC; and Goldenvoice, LLC, ("Plaintiffs") trademarks or service marks shown in Exhibit 6 to the Complaint, or any confusingly similar designation thereto. A copy of Exhibit 6 to the Complaint is attached hereto as Exhibit A.

2. Defendants, and their officers, agents, servants, employees and attorneys, and all other persons acting in concert with or participation with Defendants who receive notice of the Court's Order are permanently enjoined from using in commerce HOODCHELLA, or any confusingly similar designation thereto.

3. Defendants, and their officers, agents, servants, employees and attorneys, and all other persons acting in concert with or participation with Defendants who receive notice of the Court's Order are permanently enjoined from assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities recited in paragraphs 1 and 2 above.

4. This Court has jurisdiction over the parties and the subject matter of this action. This Court shall retain jurisdiction to the extent necessary to enforce this Permanent Injunction.

5. All relief not expressly granted herein is DENIED.

6. Each party shall bear its own costs, expenses and attorney's fees.

This is a Final Judgment, and except as to this stipulated injunction, all claims and counterclaims are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: MARCH 11, 2016

Terry J. Hatter, Jr.
United States District Judge

JS-6

Stipulated to:

Dated: March 7, 2016       Hodgson Legal

By: /s/Cheryl Hodgson*
Cheryl Hodgson

Attorneys for Defendants
Kamyle Duncan a/k/a
Kamil Al-Ahdali a/k/a
Harris Duncan a/k/a thebearcapsocial
a/k/a thebearcapsunday d/b/a
HOODCHELLA; Chasity Nicole
Stewart a/k/a Chasity Londyn
d/b/a HOODCHELLA

Dated: March 7, 2016       Tucker Ellis LLP

By: /s/David J. Steele
David J. Steele
Howard A. Kroll

Attorneys for Plaintiffs
Coachella Music Festival, LLC
Goldenvoice, LLC

*I, David J. Steele, attest that, in accordance with Local Rule 5-4.3.4(a)(2)(i), all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/David J. Steele